UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATE OF AMERICA | : CASE NO. 3:18 CR 0334 (JCH) |
| VS. | : |
| MICHAEL BOBOWSKI | : JANUARY 27, 2021 |

## MOTION TO WITHDRAW

The undersigned CJA counsel respectfully move this Court for permission to withdraw as counsel for the defendant in this case. It appears there has been a break-down in the attorney-client relationship. (See attached letter from defendant). In support of this motion, the undersigned CJA counsel submits the following:

1. On December 20, 2018 Mr. Bobowski entered a guilty plea to an Information charging him with Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of d-methamphetamine hydrochloride.

2. On October 16, 2020 Mr. Bobowski was sentenced to 32-months confinement, but he was permitted to self-surrender to the designated Bureau of Prisons facility, currently scheduled for March 31, 2021.

3. On January 26, 2021 the undersigned counsel received a letter of termination from the defendant, informing counsel that he was not satisfied with the advice and service he received. In the defendant's letter, he alleges "throughout the course of my case you advised me which led me to make decisions based on your advice which I would not have likely made had I been given advice with my best interest in mind." The defendant furthermore claims, "I feel that our relationship has deteriorated irretrievably and as such I would like new counsel."

4. Based on the foregoing, counsel believes a break-down in the attorney-client relationship has occurred and seeks to withdraw from the case.

WHEREFORE, for the reasons stated herein, and for such other grounds that may be presented at a full hearing, this motion to withdraw should be granted and new CJA counsel be appointed to represent the defendant for any future proceeding.

Respectfully submitted,
Counsel for the Defendant – Michael Bobowski

*/s/ William H. Paetzold*
William H. Paetzold
Moriarty, Paetzold & Sherwood
2230 Main Street
Glastonbury, CT  06033
Tel. (860) 657-1010
Fax (860) 657-1011
Federal Bar No.: ct10074

## CERTIFICATION

This is to certify that the foregoing was filed electronically on January 27, 2021 to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ William H. Paetzold*
William H. Paetzold

Michael J. Bobowski
45 Terry Road
Hartford, CT 06105

January 25, 2021

Attorney William Paetzold
Moriarty, Paetzold & Sherwood
2230 Main Street,
Glastonbury, CT 06033

Dear Bill,

This is notice to immediately terminate our relationship. I feel that you have failed in your obligation to represent me and my circumstances to the US Probation Office and to the court. I have only recently learned that throughout the course of my case you advised me which led me to make decisions based on your advice which I would not have likely made had I been given advice with my best interest in mind. I feel that our relationship has deteriorated irretrievably and as such I would like new counsel.


Regards,

Michael J. Bobowski