LOCAL PTS
Violation Report
(06/18)

| DATE | U.S. PROBATION & PRETRIAL SERVICES |
|---|---|
| 09/14/2020 | DISTRICT OF CONNECTICUT |

**NAME**  Michael Bobowski

**DOCKET NUMBER:**  0205 3:18CR00334-001

**U.S. DISTRICT/MAGISTRATE JUDGE**  Honorable Robert A. Richardson, U.S. Magistrate Judge

### Notification of Non-Compliance

**ASSISTANT U.S ATTORNEY**  Jennifer R. Laraia

**DEFENSE ATTORNEY**  William H. Paetzold

**RELEASE DATE:** October 5, 2018
**NEXT COURT DATE:** October 16, 2020
**CURRENT STATUS:** Released on bond

**CHARGED OFFENSE(S)**

Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of d-Methamphetamine hydrochloride in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 846.

*(Displaying Most Severe)*

**CONDITIONS**

The defendant is placed in the custody of:
 Person or organization   Mother: Sandra Bobowski
 Address *(only if above is an organization)* 45 Terry Rd.
 City and State  Hartford, Connecticut   Tel. No.
 Submit to supervision by and report for supervision to the U.S. Probation Office
 telephone number  no later than

[✓] continue or actively seek employment.
[✓] surrender any passport to: Attorney
[✓] not obtain a passport or other international travel document.
[✓] abide by the following restrictions on personal association, residence, or travel:
  Restricted to the District of Connecticut unless prior permission received from the Court or Probation.
[✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:

[✓] get medical or psychiatric treatment:

[✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
[✓] not possess a firearm, destructive device, or other weapon
[✓] not use alcohol    ( ) at all    (●) excessively.

LOCAL PTS
Violation Report
(06/18)

- [✓] submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- [✓] participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- [✓] submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - [ ] You must pay all or part of the cost of the program based on your ability to pas as determined by the pretrial services officer or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Modified Conditions (9/2/2020):

1.) The defendant is prohibited from entering or visiting the address at 176 Whitney Street in Hartford, CT. However, he may visit the address with his third party custodian in order to remove his personal items. As noted during the hearing, the Government, U.S. Probation and the Court anticipate that this prohibition will be lifted or modified if and when U.S. Probation confirms that a specific individual has vacated the prohibited location, but, to the extent that many things can happen between now and then, the Court would prefer to address such a request in the future, after seeking input from the Government and U.S. Probation.

2.) The defendant will be placed on a curfew which restricts him to his residence from 9:00 P.M. until 7:00 A.M. each day. The curfew will be enforced or monitored through the use of the Smart Link system.

**CONDITIONS VIOLATED**

The defendant will be placed on a curfew which restricts him to his residence 9:00 P.M. until 7:00 A.M. each day. The curfew will be enforced or monitored through the use of the Smart Link system.

**NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE**

On September 2, 2020, Mr. Bobowski appeared before the Court for a bond violation hearing following multiple positive drug screens. The Court ordered a curfew to be monitored through Smart Link technology, which requires Mr. Bobowski to submit to random biometric check-in photos through his smart phone in order to verify his location. Since this modification was ordered by the Court, Mr. Bobowski has missed three check-ins. On September 3, 2020, Mr. Bobowski missed a check-in at 3:19 A.M. and another check-in at 6:04 A.M. On September 12, 2020, Mr. Bobowski missed a check-in at 4:35 A.M. Due to the time of his curfew, the check-in times are randomly scheduled throughout the night. Mr. Bobowski advised he has been sleeping during the time of the check-ins. The undersigned officer has confirmed with Mr. Bobowski's mother that he has not left the residence during his curfew hours.

In response to Mr. Bobowski's missed check-ins, the undersigned officer counseled him on the importance of compliance with required biometric check-ins. Additionally, the undersigned officer has submitted an agreed-upon modification to Mr. Bobowski's conditions of release, requesting to change Mr. Bobowski's location monitoring technology from Smart Link to Radio Frequency monitoring. As this modification has been consented to, no additional action is being requested by the Court at this time.

LOCAL PTS
Violation Report
(06/18)

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

On October 5, 2018, Mr. Bobowski was released and commenced pretrial supervision. He is residing with his parents and his partner at 45 Terry Rd. in Hartford. On April 24, 2019, Mr. Bobowski was accepted into the Hartford Support Court.

Since his commencement of Support Court, Mr. Bobowski has struggled to maintain his sobriety, which has been detailed in previous reports to the Court. Following his most recent relapse in August 2020, Mr. Bobowski was unsuccessfully discharged from Support Court. Mr. Bobowski continues to participate in mental health and substance abuse treatment. He is currently participating in weekly individual counseling sessions at Empower Behavioral Health in West Hartford and weekly individual counseling at Community Renewal Team (CRT). He also continues to be subject to random drug testing.

Throughout pretrial supervision, Mr. Bobowski maintained employment as a contractor with Klear Path Properties, which are properties managed by his mother. Mr. Bobowski was working full-time until the Covid-19 pandemic. Since then, his hours have decreased significantly. On September 21, 2020, Mr. Bobowski plans to begin a CNC Machining Program through Lincoln Technical Institute.

I declare the foregoing is true and correct.

by *Mallory Scirocco*

Mallory Scirocco
U.S. Probation Officer

Date: September 15, 2020

LOCAL PTS
Violation Report
(06/18)

**Judicial Officer's Response:**

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Concur with action(s) taken by the U.S. Probation Officer
☐ Other

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2020.09.15 17:26:47 -04'00'

Signature of Judicial Officer

September 15, 2020

Date